IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MAY 1 5 2024
FILED/REC'D
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. __24-cr-52-wmc__ |
| DAMON L. CLARK, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 922(o) |
| | 18 U.S.C. § 924(d)(1) |
| Defendant. | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about January 1, 2024, in the Western District of Wisconsin, the defendant,

DAMON L. CLARK,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Glock 19 9mm handgun and Winchester 9mm ammunition, said firearm and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT 2

On or about January 1, 2024, in the Western District of Wisconsin, the defendant,

DAMON L. CLARK,

knowingly possessed a machinegun, that is a Glock 19 9mm handgun with an auto sear.

(In violation of Title 18, United States Code, Section 922(o)).

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18, United States Code Sections 922(g)(1) and 922(o) set forth in Counts 1 and 2 of this indictment, the defendant,

DAMON L. CLARK,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Glock 19 9mm handgun and Winchester 9mm ammunition.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2024-05-15

_____
TIMOTHY M. O'SHEA
United States Attorney